# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ORDAZ,                              1:07-cv-00971-LJO-TAG (HC)

          Petitioner,

                                          **ORDER AUTHORIZING**
v.                                            **IN FORMA PAUPERIS STATUS**

DENNIS SMITH, et al.,

          Respondent.
_____/

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **July 16, 2007**                                   _____**/s/ Theresa A. Goldner**_____
                                                    UNITED STATES MAGISTRATE JUDGE