# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ORDAZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>DENNIS SMITH, et al.,<br><br>　　　　Respondent. | 1:07-cv-00971-LJO-TAG (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **July 16, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE