UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ORDAZ,<br><br>            Petitioner,<br><br>   v.<br><br>DENNIS SMITH, Warden, et al.,<br><br>            Respondents. | 1:07-cv-00971 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 9)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION (Doc. 8)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On February 26, 2008, Respondent filed a motion to dismiss the instant petition on the grounds that the petition be dismissed as moot. (Doc. 8). On April 11, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that Petitioner's motion be granted and that the petition for writ of habeas corpus be DISMISSED. (Doc. 9). The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, none of the parties in this case have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations issued April 11, 2008 (Doc. 9), is ADOPTED IN FULL;

    2.  Respondent's motion to dismiss (Doc. 8), is GRANTED;

    3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

    4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 1, 2008**              /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE